FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
AUG 05 2026
DT
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:26-00180 |
| v. | ) | |
| | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 21 U.S.C. § 841(a)(1) |
| [1] KEDARIOUS BELL | ) | 21 U.S.C. § 841(b)(1)(B) |
| [2] AIDEN JOHNSON | ) | 21 U.S.C. § 846 |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Beginning in or around June 9, 2026, the exact date being unknown to the Grand Jury, through on or about the return of this Indictment, in the Middle District of Tennessee and elsewhere, the defendants, **[1] KEDARIOUS BELL** and **[2] AIDEN JOHNSON**, did combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury, to knowingly distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about June 9, 2026, in the Middle District of Tennessee, the defendants, **[1] KEDARIOUS BELL** and **[2] AIDEN JOHNSON**, distributed and possessed with intent to distribute fifty grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about June 9, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Distribution and Possession with Intent to Distribute a Controlled Substance, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, distributed and possessed with intent to distribute fifty grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about June 16, 2026, in the Middle District of Tennessee, the defendant, **[1] KEDARIOUS BELL**, knowingly used or carried a firearm, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Distribution and Possession with Intent to Distribute a Controlled Substance, as charged in Count Four of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL

[redacted]

FOREPERSON

BRADEN H. BOUCEK
UNITED STATES ATTORNEY

BRIAN ENRIGHT
ASSISTANT UNITED STATES ATTORNEY