# CRIMINAL COVER SHEET
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Indictment ☒
Complaint ☐
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: Davidson
AUSA's NAME: Brian Enright

Reviewed by AUSA: BTE
(Initials)

KeDarious Bell
Defendant's Full Name

Interpreter Needed? ☐ Yes ☒ No

Defendant's Address

If Yes, what language? ____________

Defendant's Attorney

| COUNT | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to knowingly distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine | 20 years | $1,000,000 |
| 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). | Distribution and Possession with Intent to Distribute fifty grams or more of a Mixture and Substance containing methamphetamine | Minimum 5 years', maximum 40 years' imprisonment | $5,000,000 |
| 3 | 18 U.S.C. § 924(c) | Knowingly possessed a firearm in furtherance of a drug trafficking crime | Not less than 5 years up to life, consecutive to all other punishment | $250,000 |
| 4 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B). | Distribution and Possession with Intent to Distribute fifty grams or more of a Mixture and Substance containing methamphetamine | Minimum 5 years', maximum 40 years' imprisonment | $5,000,000 |
| 5 | 18 U.S.C. § 924(c) | Knowingly used or carried a firearm during and in relation to a drug trafficking crime | Minimum 5 years', maximum 40 years' imprisonment | $250,000 |

Is the defendant currently in custody? Yes ☐ No ☒ If yes, State or Federal? Writ requested ☐

Has a complaint been filed? Yes ☐ No ☒
If Yes: Name of the Magistrate Judge ____________ Case No.: ____________
Was the defendant arrested on the complaint? Yes ☐ No ☒

Has a search warrant been issued? Yes ☐ No ☒
If Yes: Name of the Magistrate Judge ____________ Case No.: ____________

Was bond set by Magistrate/District Judge? Yes ☐ No ☒ Amount of bond: ____________

Is this a Rule 20? Yes ☐ No ☒ To/from what district? ____________________

Is this a Rule 40? Yes ☐ No ☒ To/from what district? ____________________

Estimated trial time: ____Three days

The Clerk will issue a **Warrant** (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ☒ No ☐ Recommended conditions of release: ____________________