CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment ☒
Complaint ☐
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense. Davidson
AUSA's NAME· Brian Enright

Reviewed by AUSA: BTE
(Initials)

Aiden Johnson
Defendant's Full Name

Interpreter Needed? ☐ Yes ☒ No

Defendant's Address

If Yes, what language? ____________

Defendant's Attorney

| COUNT | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 21 U.S C § 846 | Conspiracy to knowingly distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine | Minimum 5 years', maximum 40 years' imprisonment | $5,000,000 |
| 2 | 21 U.S C §§ 841(a)(1) and (b)(1)(B) | Distribution and Possession with Intent to Distribute fifty grams or more of a Mixture and Substance containing methamphetamine | Minimum 5 years', maximum 40 years' imprisonment | $5,000,000 |

Is the defendant currently in custody? Yes ☐ No ☒ If yes, State or Federal? Writ requested ☐

Has a complaint been filed? Yes ☐ No ☒
If Yes Name of the Magistrate Judge ____________ Case No ____________
Was the defendant arrested on the complaint? Yes ☐ No ☒

Has a search warrant been issued? Yes ☐ No ☒
If Yes Name of the Magistrate Judge ____________ Case No ____________

Was bond set by Magistrate/District Judge? Yes ☐ No ☒ Amount of bond. ____________

Is this a Rule 20? Yes ☐ No ☒ To/from what district? ____________
Is this a Rule 40? Yes ☐ No ☒ To/from what district? ____________

Estimated trial time: Three days

The Clerk will issue a Warrant (circle one) (Note. If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested Yes ☐ No ☒ Recommended conditions of release ____________